UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

SHAWN M. GICK,                                              CASE NO. 18-10055-REG
                                                            Chapter 7
        DEBTOR.

---

MARK A. WARSCO, TRUSTEE,

        PLAINTIFF,

v.                                                          ADV. PROC. NO. 18-_____-REG

ONEMAIN FINANCIAL SERVICES, INC.,

        DEFENDANT.

## **COMPLAINT**

The Plaintiff, Mark A. Warsco, as Trustee in Bankruptcy for Shawn M. Gick (the "Trustee"), for his complaint against the Defendant, OneMain Financial Services, Inc. (the "Defendant" or "OneMain Financial"), states as follows:

1. The above-captioned adversary proceeding (the "Adversary Proceeding") arises in and is related to the bankruptcy case captioned *In re: Shawn M. Gick*, Case No. 18-10055-REG (the "Bankruptcy Case""), which currently is pending pursuant to Chapter 7 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Northern District of Indiana, Fort Wayne Division.

2. Plaintiff is the duly appointed and acting Trustee in the Bankruptcy Case.

3. The Court has subject matter jurisdiction over the Adversary Proceeding pursuant to 28 U.S.C. §1334(b), 28 U.S.C. §157 and N.D. Ind. L.R. 200.1.

4. The Adversary Proceeding is a "core proceeding" as that term is defined in 28 U.S.C. §157(b).

- 2 -

5. Venue is proper pursuant to 28 U.S.C. §1409(a).

6. The Court has personal jurisdiction over Defendant pursuant to Rule 7004(f) of the Federal Rules of Bankruptcy Procedure and as a result of Defendant's minimum contacts with the United States.

7. On January 18, 2018 (the "Petition Date"), the Debtor commenced the Bankruptcy Case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

8. Upon information and belief, the Defendant, OneMain Financial Services, Inc., is a corporation organized in the State of Delaware and doing business in Indiana with its principal office at 601 NW Second Street, Evansville, Indiana 47708, and is the successor-in-interest to OneMain Financial of Indiana, Inc.

9. Within ninety (90) days prior to the filing of the bankruptcy case, the Debtor paid $5,848.22 to OneMain Financial. Attached as Exhibit "A" hereto is a copy of the Debtor's receipt evidencing the payment.

10. The above transfer was made to or for the benefit of OneMain Financial as a creditor of the Debtor for or on account of an antecedent debt owed by the Debtor. The transfer was made while the Debtor was insolvent.

11. The transfer was made on or within ninety (90) days before the Petition Date.

12. The transfer enabled OneMain Financial to receive more than it would receive if: (a) the preferential transfer had not been made; and (b) Defendant received payment of the debt to the extent provided by the Bankruptcy Code.

13. One February 26, 2018, the Trustee sent a letter to OneMain Financial requesting repayment of $5,848.22 to the Debtor's bankruptcy estate. A redacted copy of the Trustee's letter is attached as Exhibit "B" hereto.

14. As of April 19, 2018, no response was received to the letter of February 26, 2018, so the Trustee sent a follow-up letter personally addressed to an officer for OneMain Financial. A redacted copy of that letter is attached as Exhibit "C" hereto.

15. As of the date of the filing of this Complaint, the Trustee has received no response from OneMain Financial.

16. The Trustee asserts that he is entitled to avoid the above transfer for the benefit of the bankruptcy estate.

WHEREFORE, Plaintiff requests that the Court avoid the above-referenced transfer to OneMain Financial Services, Inc. and enter an appropriate money judgment against the Defendant including pre-judgment interest from February 26, 2018, to the date of judgment, plus post-judgment interest and costs, and such other relief as is appropriate under the circumstances.

Respectfully submitted,

**ROTHBERG LOGAN & WARSCO LLP**

/s/ Mark A. Warsco
Mark A. Warsco
Indiana Supreme Court ID 1626-02
P.O. Box 11647
Fort Wayne, IN 46859-1647
Telephone: (260) 422-9454
Email: bankruptcy@rlwlawfirm.com